Honorable James L. Robart

RECEIVED
NOV 0 7 2017
BUCKLEY & ASSOCIATES, PS, INC.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PHAT PHAN,<br><br>            Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC., a Foreign Corporation, and unknown JOHN DOES,<br><br>            Defendant. | No. 2:16-cv-01474- JLR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS |

## I. STIPULATION

The parties, by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

Dated this 7th day of Nov, 2017      Dated this 7th day of Nov, 2017

FORSBERG & UMLAUF, P.S.            BUCKLEY & ASSOCIATES

By _____       By _____
Roy A. Umlauf, WSBA #15437            Sung-Yon C. Kim, WSBA #42993
Kimberly A. Reppart, WSBA #30643      Attorney for Plaintiff
Attorneys for Defendant Safeway, Inc.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS – PAGE 1
CAUSE NO. 2:16-cv-01474-JLR
1936943 / 824.0026

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

## ORDER

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

DONE this 7th day of November, 2017.

_____
Honorable James L. Robart

Presented By:

FORSBERG & UMLAUF, P.S.

By:_____
Roy A. Umlauf, WSBA #15437
Kimberly A. Reppart, WSBA #30643
Attorneys for Defendant Safeway, Inc.

Copy Received, Approved for Entry,
Notice of Presentation Waived:

BUCKLEY & ASSOCIATES

By:_____
Sung-Yon C. Kim, WSBA #42993
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS – PAGE 2
CAUSE NO. 2:16-cv-01474-JLR
1936943 / 824.0026

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS on the following individuals in the manner indicated:

Ms. Sung-Yon Christine Kim
Buckley & Associates
675 S. Lane Street, Suite 300
Seattle, WA 98104-2942
(X) Via ECF

**SIGNED** this 7th day of November, 2017, at Seattle, Washington.

_____
Shawn G. Menning

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL
CLAIMS – PAGE 3
CAUSE NO. 2:16-cv-01474-JLR
1936943 / 824.0026

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX